IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK KAVAKICH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-1109 |
| NORTH FRANKLIN TOWNSHIP, DONALD HAZLETT, MICHAEL QUINN, RICHARD HORNER, JERRY CAVANAUGH, DENNIS M. MAKEL, WILLIAM LOAR, | ) ) Judge Lancaster ) Magistrate Judge Hay ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 26th day of July, 2007, after the plaintiff, Mark Kavakich, filed a Third Amended Complaint and an Amended Motion for Preliminary Injunction in the above-captioned case, and after a Motion to Dismiss Third Amended Complaint was filed by defendant, Dennis M. Makel, and after a Motion to Dismiss Third Amended Complaint was filed by defendants, Richard Horner, North Franklin Township, William Loar, Michael Quinn, Donald Hazlett, and Jerry Cavanaugh, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, Dennis M. Makel , and upon consideration of the objections filed by defendants, Richard Horner, North Franklin Township, William Loar, Michael Quinn, Donald Hazlett, and Jerry Cavanaugh, and the response to those objections filed by plaintiff, and after independent review of the record, and

upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss Third Amended Complaint (Docket No. 47) filed by Dennis M. Makel is GRANTED, the Motion to Dismiss Third Amended Complaint (Docket No. 50) filed by Richard Horner, North Franklin Township, William Loan, Michael Quinn, Donald Hazlett, and Jerry Cavanaugh is DENIED and the Amended Motion for Preliminary Injunction (Docket No. 44) is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Stanley M. Stein, Esquire
        Feldstein, Grinberg, Stein & McKee
        428 Boulevard of the Allies
        Pittsburgh, PA 15219

        David R. Johnson, Esquire
        Thomson, Rhodes & Cowie
        1010 Two Chatham Center
        Pittsburgh, PA 15219

        Dennis M. Makel, Esquire
        Makel & Associates
        98 East Maiden Street
        Washington, PA 15301

David L. Haber, Esquire
Weinheimer, Schadel & Haber
429 Fourth Avenue
602 Law & Finance Building
Pittsburgh, PA 15219