IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK KAVAKICH,                    )
        Plaintiff,                )
                                  )
        v.                        )   Civil Action No. 06-1109
                                  )
NORTH FRANKLIN TOWNSHIP,          )
ET AL.,                           )
        Defendants.               )

### ORDER OF COURT

AND NOW this 7th day of October, 2009, the court has been advised that the instant case has been tentatively resolved and, if finalized, the only remaining matter in this case shall be the submission of a stipulation of discontinuance for approval by the court.  Therefore, there being no further action needed by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case closed.

Nothing contained in this order shall be considered a final dismissal or disposition of this matter and this Court shall retain jurisdiction until and if the Court approves a Stipulation of Discontinuance.  Should further proceedings in this case become necessary, or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record